UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LAUREN LAYTON, TAHARRIA HAMILTON, DEBORAH ESTES and LISA DAVINO,**

       **Plaintiffs,**

**v.**         **Case No: 6:17-cv-1488-Orl-41DCI**

**PERCEPTA, LLC,**

       **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Second Renewed Motion for Leave to File Amended Complaint to Add an Additional Party ("Motion," Doc. 42). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 44), recommending that the Court deny the Motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 44) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Second Renewed Motion for Leave to File Amended Complaint to Add an Additional Party (Doc. 42) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on June 27, 2018.



Copies furnished to:

Counsel of Record