UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LAUREN LAYTON, TAHARRIA
HAMILTON, DEBORAH ESTES and
LISA DAVINO,**

        **Plaintiffs,**

**v.**                    **Case No: 6:17-cv-1488-Orl-41DCI**

**PERCEPTA, LLC,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Renewed Motion to Conditionally Certify a Collective Action ("Motion," Doc. 53) and Defendant's Response in Opposition (Doc. 54). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 55) in which he recommends that the Motion be denied.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 55) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Renewed Motion to Conditionally Certify a Collective Action (Doc. 53) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 29, 2018.



Copies furnished to:

Counsel of Record