UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LAUREN LAYTON, TAHARRIA HAMILTON, DEBORAH ESTES and LISA DAVINO,**

      Plaintiffs,

v.                                  Case No: 6:17-cv-1488-Orl-41DCI

**PERCEPTA, LLC,**

      Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice. ("Joint Motion," Doc. 65). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation ("R&R," Doc. 66), in which he recommends granting in part the Joint Motion by approving the Settlement Agreement and amount of attorney's fees but denying in part by striking the modification provision and declining to retain jurisdiction over the Agreement. (*See generally* Doc. 66). The parties have filed a Joint Notice of No Objection to the Court's Report and Recommendation. (Doc. 67).

After a *de novo* review of the record, this Court agrees entirely with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 66) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 65) is **GRANTED in part**.

3. To extent that the modification provision the Agreement (Doc. 65-1 at 6, ¶ 14) permits the parties to modify the agreement without Court approval, it is **STRICKEN**.

4. As modified herein, the parties' Settlement Agreement is **APPROVED**.

5. This case is **DISMISSED with prejudice**.

6. The Court declines to retain jurisdiction over the Settlement Agreement.

7. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record